UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKenzie Olivares, et al., | No. 2:22-cv-00753-KJM-KJN |
| Plaintiffs, | ORDER |
| v. | |
| County of Stanislaus, et al., | |
| Defendants. | |

Plaintiffs McKenzie & Dylan Olivares and their three minor children request an order appointing Todd Kraft as guardian ad litem for the three children. *See generally* Appl., ECF No. 28. In the interests of adjudicating this action justly and efficiently and in protecting the minor plaintiffs' interests, and in the absence of any opposition or prejudice to any party, the court excuses plaintiffs from the requirements of Rules 202 and 230 on its own motion. *See* E.D. Cal. L.R. 202(a) (governing motions for the appointment of guardians ad litem); E.D. Cal. L.R. 230(b) (setting deadlines and procedures for all motions); *cf.* Min. Order, ECF No. 23 (directing plaintiffs to comply with Local Rules 202 and 230). Plaintiffs' counsel is cautioned that motions and applications may be summarily denied in the future if they do not comply with this district's local rules.

Todd Kraft is the uncle of plaintiff McKenzie Olivares. Kraft Decl. ¶ 2, ECF No. 28-2. He is not a party. *Id.* He has been informed of the duties of a guardian ad litem and believes he is

1

qualified and competent to protect the children's rights and interests.  *Id.* ¶¶ 5–6.  The court is satisfied that appointing Kraft as guardian ad litem will adequately protect the minor plaintiffs' rights and interests in this action under Federal Rule of Civil Procedure 17(c).  The application at ECF No. 28 is therefore **granted**: Kraft is appointed as the guardian ad litem for minor plaintiffs W.O., M.D., and S.O. for this action.

IT IS SO ORDERED.

DATED:  January 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE