ROBERT R. POWELL, SBN: 159747
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

SAMUEL H. PARK, SBN: 261136
148 Pacific Ave., #2
Pacific Grove, CA 93950
T: (831) 529-5955
E: sam@sampark.lawyer

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MCKENZIE OLIVARES, et al.,

Plaintiffs,

v.

COUNTY OF STANISLAUS, et al.,

Defendants.

Case No.: 2:22-CV-00753-KJM-KJN

**DISCOVERY MATTER**

STIPULATION AND ~~PROPOSED~~ ORDER REQUIRING PRODUCTION OF JUVENILE CASE FILE UNREDACTED, WITH EXCEPTIONS

Judge: Kimberly J. Mueller
Magistrate: Kendall J. Newman

The parties hereto, by and through their respective counsel, based on the Recitals below, jointly submit this first request of this Court to accept the stipulation of the parties as set forth below regarding production by Defendant County of Stanislaus of an exact copy of a previously produced "juvenile case file" involving the minors W.O., M.D., S.O – identities known to all parties and counsel – with only the information in this Stipulation and Order redacted therefrom, and adopt this stipulation as an order of this Court.

**RECITALS**

**1 –** This proceeding involves children who were removed, or by other means separated from their parents, which Plaintiffs contend was done unlawfully, by Stanislaus County Community Services Agency social workers.

**2 –** On May 4, 2022, Plaintiffs filed petitions with the Juvenile Court for access to the three minor Plaintiffs' Juvenile Case Files, a process governed by California Welfare & Institutions Code § 827 *et. seq*. Juvenile Case Files are defined as "all documents filed in a juvenile court case." Cal. R. of Court 5.552.

**3 –** On May 27, 2022, the Juvenile Court issued an order permitting Plaintiffs copies of the minors' Juvenile Case Files. Plaintiffs would receive copies of the minors' case files in September 2022.

**4 –** The copies received by Plaintiffs contains an excessive number of redactions, with the vast majority of pages – 532 out of 635 pages by Plaintiffs' counsel's count, from all three children's case files – containing multiple redactions far beyond what is supported by any statute under California or Federal law for the purposes of protecting confidential information.

**5** – Plaintiffs sought unredacted versions – save for redactions to mandated reporter information and personal information discussed below – of the Juvenile Case Files from County through a Rule 34 Request for Production in July 2023. Defendant County objected to Plaintiffs' request based on Defendant's belief that only the way to procure Juvenile Case Files is through the Juvenile Court.

**6** – Following this disagreement, counsel for the parties met and conferred via email exchanges and a phone conversation held October 19, 2023.

**6 –** Whereas the parties agree that the only appropriately redacted portions of the Juvenile Case Files are: (1) those portions which contain the identifying information of mandated reporters and whose identities are protected pursuant to California's Child Abuse and Neglect Reporting Act; Cal. Pen. C. § 11167(d)(1); and (2) those portions which contain

irrelevant identifying information of parties and witnesses i.e., social security numbers and driver's license numbers.

**7 –** Whereas the parties are aware of, and are in agreement of, the identities of Plaintiffs S.O., W.O., and M.D. and the identity of the Juvenile Case Files in question.

**8 –** Based on the foregoing, and through their respective counsel, the parties agree to the production of the three minors' Juvenile Case Files – S.O., W.O., and M.D. – with redactions made only to social security numbers, driver's license numbers, and the identifying information of mandated reporters.

**9 –** The parties further agree that the pages to be produced are the exact same pages, in number and content, previously produced by the Community Services Agency in their Welf. & Inst. 827 production.

**BASED ON THE FOREGOING RECITALS**, the parties hereby stipulate and agree, as follows, and request the Court order same:

1 – The County of Stanislaus shall produce to Plaintiffs copies of S.O., W.O., and M.D.'s Juvenile Case Files, with redactions made only to mandated reporter information, social security numbers, and driver's license numbers; other than the reduction in redactions pursuant to this Order, the number of pages previously produced should be produced pursuant to this Order.

2 – The production shall be accompanied by a Declaration of Custodian of Records verifying the production and its compliance with this order.

3 – The County of Stanislaus shall produce the copies of the Juvenile Case Files to Plaintiffs no later than fourteen (14) days from the date of this order.

4 – All documents produced pursuant to this Stipulation and Order, are also covered by the Protective Order in this matter, signed by the parties, and to be filed at or around the time of the filing of this stipulation and order.

**IT IS SO STIPULATED.**

**PORTER SCOTT**

/S/ John R. Whitefleet . 10/19/23
JOHN R. WHITEFLEET, ESQ.
Attorney for Defendants

**POWELL & ASSOCIATES**

/S/ Robert R. Powell . 10/19/23
ROBERT R. POWELL, ESQ.
Attorney for Plaintiffs

**ORDER**

Based on the foregoing Stipulation submitted by the parties on or about October 19, 2023, the Court hereby adopts the stipulation of the parties as an order of this Court.

**IT IS SO ORDERED.**

Dated: October 26, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

oliv.753.