ROBERT R. POWELL, SBN 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, CA 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

JOHN R. WHITEFLEET
**PORTER SCOTT**
350 University Ave., Ste. 200
Sacramento, CA 95825
T: (916) 291-1481 F: (916) 927-3706
E: jwhitefleet@porterscott.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| MCKENZIE OLIVARES, et al., | Case No. 2:22-CV-00753-KJM-KJN |
| Plaintiffs, | STIPULATION TO FILE PROTECTIVE ORDER |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

Counsel for all parties submit the following Stipulation and Proposed Order seeking to file with this Court the attached Protective Order regarding the Release of Juvenile Case Files.

Based on the following recitals the Parties hereby stipulate and agree as set forth the below, and ask the Court order same. The Recitals are as follows:

1

STIPULATION TO FILE PROTECTIVE ORDER
Olivares, et al. vs. County of Stanislaus, et al.
U.S. District Court – Eastern District of California
Case No.: 2:22-CV-00753-KJM-KJN

RECITALS:

On May 27, 2022, Judge Ann Ameral of the Juvenile Dependency Division of the Stanislaus County Superior Court granted an Order After Judicial Review on Petition for Access to Juvenile Case Files pertaining to the same three minor children in this matter.

On May 2, 2023, Judge Annette Rees signed a Stipulated Protective Order approving a Protective Order modelled in compliance with the Eastern District Court of California L.R. 141.1(c)(1-3), and the parties in that Stipulation and Order agreed that the Protective Order approved by the Juvenile Court was/is to be the operative Protective Order for this matter.

Attached as Exhibit A is a true and correct copy of the May 2, 2023 Stipulated Protective Order signed by Judge Annette Rees. Any of the minor Plaintiffs' names, wherever they might appear, have been redacted. As stated in Juge Rees's order, the proposed Protective Order applies to all three minor children in this case – S.O., M.D., and W.O. – with respect to their juvenile case files. Attached as Exhibit B is the Protective Order Judge Rees approved for use in the juvenile court (the proposed Protective Order was originally attached to Judge Rees's order as Exhibit A and is the same one this Stipulation and Order proposes be entered on the docket of this matter).

Based on the recitals above, all parties by and through counsel, agree that the Protective Order attached as Exhibit B should be used as the Protective Order in this matter, and the parties hereby request this Court issue an order to approve Exhibit B as the Protective Order in this matter and allow Plaintiffs to file same.

//

//

//

2

STIPULATION TO FILE PROTECTIVE ORDER
Olivares, et al. vs. County of Stanislaus, et al.
U.S. District Court – Eastern District of California
Case No.: 2:22-CV-00753-KJM-KJN

**IT IS SO STIPULATED.**

/S/ John R. Whitefleet    10/19/2023          /S/ Robert R. Powell    10/19/2023
John R. Whitefleet, Esq.                                  Robert R. Powell, Esq.
Attorney for Defendants                                 Attorney for Plaintiffs

## ORDER

Based on the foregoing Stipulation submitted by the parties on or about October 20, 2023, the Court hereby adopts the stipulation of the parties as an order of this Court. The attached "Exhibit B" shall be the adopted as the Protective Order governing confidentiality matters in this case, and Plaintiffs may file that Protective Order promptly after receipt of this Order of the Court.

Dated:  October 26, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

oliv.753

3

STIPULATION TO FILE PROTECTIVE ORDER
Olivares, et al. vs. County of Stanislaus, et al.
U.S. District Court – Eastern District of California
Case No.: 2:22-CV-00753-KJM-KJN