**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, OPHELIA NGUYEN, JEREMY PANNELL, ERIC ANDERSON, COURTNEY MUMMERT, KIMBERLY POTTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKenzie Olivares, individually and as Guardian ad Litem for minors W.O. and M.D., Dylan Olivares, individually and as Guardian ad Litem for the minor child S.O., <br><br> Plaintiffs, <br><br> v. <br><br> County of Stanislaus, Ophelia Nguyen, Jeremy Pannell, Eric Anderson, Courtney Mummert, Kimberly Potter, Does 1 through 10, <br><br> Defendants. <br>_____/ | Case No. 2:22-cv-00753-KJM-KJN <br><br> **STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** <br><br> Complaint Filed:  05/04/2022 <br> First Amended Complaint Filed: 07/15/2022 |

Plaintiffs McKenzie & Dylan Olivares, individually, and Todd Kraft as Guardian ad Litem for the minor Plaintiffs (Dkt. 29), ("Plaintiffs") and Defendants County of Stanislaus, Ophelia Nguyen, Jeremy Pannell, Eric Anderson, Courtney Mummert, Kimberly Potter, (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and request that the Court continue the discovery deadline for 45 days. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. This matter has various discovery related cut-off dates currently set pursuant to Dkt. 19

1. – Minute Order Re: Scheduling; there is not a Pre-trial Conference set for the matter at this time.

2. On July 28, 2023, the current counsel for Defendants substituted in, along with several other cases. See e.g. Webb #1:19-cv-01716-DAD-EPG; Westfall #1:21-cv-00283-ADA-EPG.

3. The parties previously sought a prior extension in an effort to resolve issues with the juvenile records and the inability to locate a witness. (See ECF No. 34).  That issue was resolved in late October, 2023.  (See e.g. ECF Nos. 38-40)

4. The parties' efforts to complete additional depositions, while diligent, due to trial calendars and intervening holidays and vacations, have been delayed.  In order to complete discovery, and allow any additional time to resolve any disputes arising from said discovery, agree that an approximate 45 day extension to current dates is in order.

9. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Fact Discovery | January 26, 2024 | March 15, 2024 |
| Expert Witness Disclosure | March 22, 2024 | May 3, 2024 |
| Rebuttal | April 26, 2024 | June 7 2024 |
| Expert Discovery deadline | June 26, 2024 | July 12, 2024 |
| Dispositive Motions filed by | August 30, 2024 | October 15, 2024 |

**IT IS SO STIPULATED.**

Dated:  January 9, 2024                         POWELL & ASSOCIATES


                                                By /s/ Robert R. Powell
                                                       Robert R. Powell
                                                       Attorneys for Plaintiffs

Dated:  January 9, 2024                         PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

                                                By /s/ John R. Whitefleet
                                                       John R. Whitefleet
                                                       Attorneys for Defendants

**ORDER**

Based on the foregoing Stipulation submitted by the parties, the Court hereby adopts the stipulation of the parties as an order of this Court.

**IT IS SO ORDERED.**

Dated:  January 9, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

oliv.753