UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKenzie Olivares, et al., | No. 2:22-cv-00753-KJM-KJN |
| Plaintiffs, | ORDER |
| v. | |
| County of Stanislaus, et al., | |
| Defendants. | |

The court has reviewed the stipulation at ECF No. 41 and the Magistrate Judge's order at ECF No. 42 and **adopts** that order, construed as findings and recommendations, to the extent necessary to modify this court's previous scheduling order. *See* Mins. & R. 16 Bench Order, ECF No. 19.

IT IS SO ORDERED.

DATED: January 10, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1