**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, OPHELIA NGUYEN, JEREMY PANNELL, ERIC ANDERSON, COURTNEY MUMMERT, KIMBERLY POTTER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKenzie Olivares, individually and as Guardian ad Litem for minors W.O. and M.D., Dylan Olivares, individually and as Guardian ad Litem for the minor child S.O., | Case No. 2:22-cv-00753-KJM-KJN |
| Plaintiffs, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| v. | Complaint Filed: 05/04/2022<br>First Amended Complaint Filed: 07/15/2022 |
| County of Stanislaus, Ophelia Nguyen, Jeremy Pannell, Eric Anderson, Courtney Mummert, Kimberly Potter, Does 1 through 10, | |
| Defendants. | |

Plaintiffs McKenzie Olivares, individually and as Guardian ad Litem for minors W.O. and M.D., Dylan Olivares, individually and as Guardian ad Litem for the minor child S.O. ("Plaintiffs") and Defendants County of Stanislaus, Ophelia Nguyen, Jeremy Pannell, Eric Anderson, Courtney Mummert, Kimberly Potter, (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and request that the Court continue the discovery deadline for approximately 60 days. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following recitals of fact:

**RECITALS**

1.  This matter has various discovery related cut-off dates currently set pursuant to Dkt. 19 – Minute Order Re: Scheduling; there is not a Pre-trial Conference set for the matter at this time.

2.  On July 28, 2023, the current counsel for Defendants substituted in, along with several other cases. See e.g. Webb #1:19-cv-01716-DAD-EPG; Westfall #1:21-cv-00283-ADA-EPG.

3.  The parties previously sought a prior extension in an effort to resolve issues with the juvenile records and the inability to locate a witness. (See ECF No. 34). That issue was resolved in late October, 2023. (See e.g. ECF Nos. 38-40). The parties' then sought a second extension due to trial calendars and intervening holidays and vacations to complete additional depositions, and have made substantial progress, and in fact are now down to two depositions timely noticed before the prior discovery cut-off date but unable to be completed. This Stipulation and Order addresses those, and a corresponding shift of other related dates. There is no Pre-Trial Conference date set in this matter at this time.

4.  Specifically, due to unforeseen interruptions by hearings in other matters which counsel for Plaintiff had no control or say in when such were set, and a complete failure of Plaintiff's cloud-based office management software program the day before a deposition of Defendant Nguyen, as well as a conflict for a witness (the witness' conflict) that Defendant's sought to depose, there has been an additional delay.

5.  In order to complete these two depositions, and allow any additional time to file any motions related to any disputes that may arise from such depositions and cannot be resolved between counsel, the parties by and through their respective counsel agree that an approximate 60 day extension to the current dates/deadlines on calendar be is in order and proffer the following dates as the continued dates for conducting those depositions, with other currently calendared pre-trial related dates as indicated in the table below.

6.  The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Last Day to Complete Depositions of Ophelia Nguyen & Dr. Sun Lee | March 15, 2024 | May 23, 2024 |
| Expert Witness Disclosure | May 3, 2024 | July 30, 2024 |
| Rebuttal | June 7 2024 | August 7, 2024 |
| Expert Discovery deadline | July 12, 2024 | October 7, 2024 |
| Dispositive Motions filed by | October 15, 2024 | December 15, 2024 |

Respectfully submitted,

Dated:  March 21, 2024                    POWELL & ASSOCIATE


By /s/ Robert R. Powell (auth'd on March 18, 2024)
    Robert R. Powell
    Attorneys for Plaintiffs

Dated:  March 21, 2024                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants

### ORDER

Based on the foregoing Stipulation submitted by the parties, and good cause appearing, the Court hereby adopts the stipulation of the parties as an order of this Court.  The Court modifies the scheduling order as follows:

| Event | Schedule | New Schedule |
|---|---|---|
| Last Day to Complete Depositions of Ophelia Nguyen & Dr. Sun Lee | March 15, 2024 | May 23, 2024 |
| Expert Witness Disclosure | May 3, 2024 | July 30, 2024 |
| Rebuttal | June 7 2024 | August 7, 2024 |
| Expert Discovery deadline | July 12, 2024 | October 7, 2024 |
| Dispositive Motions filed by | October 15, 2024 | December 15, 2024 |

**IT IS SO ORDERED.**

Dated: March 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE