UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKENZIE OLIVARES, et al., | No. 2:22-cv-00753-DC-CSK |
| Plaintiffs, | |
| v. | ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | (Doc. No. 64) |

On February 25, 2025, Plaintiffs McKenzie Olivares, Dylan Olivares, W.O., and M.D. filed a notice of their request to file under seal documents attached as exhibits to the declaration of Robert R. Powell filed in support of Plaintiffs' opposition to Defendants' motion for summary judgment (Doc. No. 63). (Doc. No. 64.) On that same day, Plaintiffs emailed to the court a pdf document bearing the file name "Request to Seal," but that document was identical to Plaintiffs' notice of request to seal that was filed on the public docket. (Doc. No. 64.) In the notice, Plaintiffs state that the subject documents should be filed under seal because "they contain private and confidential information that is not generally known, not normally revealed to the public or third parties, or, if disclosed to third parties, would require such third parties to maintain the information in confidence." (*Id.* at 3.) Additionally, Plaintiffs assert that the documents "contain the names and birthdates of minors Plaintiff W.O., Plaintiff M.D., and Plaintiff S.O., which are confidential pursuant to Cal. Welf. & Inst. C. § 827 et seq." (*Id.*) Defendants did not submit an

1

opposition to Plaintiffs' request to seal.

Local Rule 141 requires that a party requesting to file documents under seal file on the public docket a "Notice of Request to Seal Documents" that describes "generally the documents sought to be sealed, the basis for sealing, the manner in which the 'Request to Seal Documents,' proposed order, and the documents themselves were submitted the Court, and whether the Request, proposed order, and documents were served on all other parties." L.R. 141(b). Local Rule 141 also requires the party to email to the court a "Request to Seal Documents" setting forth "the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." *Id.*

Here, the purported request to seal that Plaintiffs emailed to the court is identical to Plaintiffs' notice and provides only the general description that the documents contain the names and birthdates of minor plaintiffs, which are confidential under the California Welfare and Institutions Code. (Doc. No. 64.) Plaintiffs' request therefore does not comply with Local Rule 141. In addition, Plaintiffs seek to file over 630 pages under seal, including extensive portions of deposition transcripts that make no reference to the minor Plaintiffs. While portions of these documents may contain information that is properly filed under seal, Plaintiffs' request is not narrowly tailored to address only those portions of the documents containing minor Plaintiffs' names and birthdates. *See Acad. of Motion Picture Arts & Scis. v. GoDaddy.com, Inc.*, No. 10-cv-03738-AB-CW, 2015 WL 12698301, at *1 (C.D. Cal. Jan. 22, 2015) ("[A]n order sealing the documents must be narrowly drawn to seal only those portions of the record that, upon a balancing of the relevant interests, ought to be sealed.") (collecting cases). Plaintiffs have provided no authority or justification supporting such an extensive request. For these reasons, the court will deny Plaintiffs' request to seal, without prejudice.

Accordingly,

1.  Plaintiffs' request to seal (Doc. No. 64) is DENIED without prejudice;
2.  Within fourteen (14) days from the date of entry of this order, Plaintiffs may file a renewed request to seal or redact pursuant to Local Rules 140 and 141; and

2

3. If Plaintiffs do not timely file a renewed request to seal, Plaintiffs shall file unredacted versions of the referenced documents on the public docket by no later than fourteen (14) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:  **December 1, 2025**

Dena Coggins
United States District Judge

3